# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0216.  IN THE INTEREST OF: L. E., A CHILD (MOTHER).**

In September 2014, the juvenile court entered an order terminating the parental rights of the mother of L. E.  The mother filed a timely motion for new trial, which she later moved to dismiss.  On November 21, 2014, the juvenile court entered an order dismissing the motion for new trial.  On December 30, 2014, the mother filed this application for discretionary appeal.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order on appeal.  OCGA § 5-6-35 (d).  "When a motion for new trial . . . has been filed, the application shall be filed within 30 days after the entry of the order granting, overruling, or otherwise finally disposing of the motion."  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because the mother filed her application 39 days after entry of the order disposing of her motion for new trial, the application is untimely, and it is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/28/2015
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*